FILED 05 MAY 19 12:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROXY APPLEGATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV 04-715-HU |
| WEST HILLS CONVALESCENT | ) | |
| CENTER, LIMITED PARTNERSHIP, | ) | |
| and WEST HILLS CONVALESCENT | ) | |
| CENTER, LIMITED PARTNERSHIP | ) | **ORDER** |
| d/b/a WEST HILLS CONVALESCENT | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on April 25, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the record de novo review. Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and

1 - ORDER

Recommendation of Magistrate Judge Hubel.

Plaintiff's motion to amend the complaint (#27) is granted.

IT IS SO ORDERED.

DATED this 17 day of May, 2005.

*signature*
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE